UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JOHN DOE 5; JOHN DOE 8; JOHN DOE 9; JOHN DOE 10; and JOHN DOE 12, | NO. 2:15-cv-13852 |
| Plaintiffs, | HON. ARTHUR J. TARNOW |
| v | MAG. MONA K. MAJZOUB |
| DUSTIN ANDERSON; SCOTT ARP; NOAH BEESLEY; ADAM COBURN; SERGEANT CONKLIN; CO DESCHAINE; JASON ERWAY; CHARLES GOLLNAST; MICHAEL HALL; CO HAMMER; DUANE HEYRMAN; TAMI HOOGEWIND; ERIK JACOBSON; EDWARD JURANEK; JOSEPH MARTENS; CO MCLEOD; CODY PENNELL; AIMEE ROGERS; CO ROSS; CO SHERWOOD; RONALD STAMBAUGH; GRETCHEN WALTERS; SCOTT SCHOOLEY; GARY STUMP; MATTHEW WARD; WARDEN KENNETH MCKEE, and HEIDI WASHINGTON, Director, Michigan Department of Corrections (Defendant Washington is named in her official capacity); | |
| Defendants. | |

---

| | | |
|---|---|---|
| Deborah LaBelle (P31595) | Richard A. Soble (P20766) | Jennifer B. Salvatore (P66640) |
| Attorneys for Plaintiffs | Attorneys for Plaintiffs | Sarah Prescott (P70510) |
| 221 N. Main St., Ste. 300 | 302 E. Liberty St. | Nakisha Chaney (P65066) |
| Ann Arbor, MI 48104 | Ann Arbor, MI 48104 | Attorney for Plaintiffs |
| (734) 996-5620 | (734) 996-5600 | 105 E. Main Street |
| deblabelle@aol.com | dick@srkllp.com | Northville, MI 48167 |
| | | (248) 679-8711 |
| | | salvatore@salvatoreprescott.com |
| | | prescott@salvatoreprescott.com |

| | |
|---|---|
| Michael L. Pitt (P24429) | Mark E. Donnelly (P39281) |
| Cary S. McGehee (P42318) | Michael R. Dean (P71333) |
| Beth Rivers (P33614) | Adam L.S. Fracassi (P79546) |
| Attorneys for Plaintiffs | Margaret A. Nelson (P30342) |
| 117 W. Fourth St., Ste. 200 | Michael F. Murphy (P29213) |
| Royal Oak, MI 48067 | Christina M. Grossi (P67482) |

<table>
<tr><td>

(248) 398-9800  
mpitt@pittlawpc.com  
cmcgehee@pittlawpc.com  
brivers@pittlawpc.com

</td><td>

Michigan Department of Attorney General  
Attorneys for Defendants  
P.O. Box 30736  
Lansing, Michigan 48909  
(517) 373-6434  
donnellym@michigan.gov  
deanm2@michigan.gov  
fracassia@michigan.gov  
nelsonm9@michigan.gov  
murphym2@michigan.gov  
grossic@michigan.gov

</td></tr>
</table>

/

# STIPULATED ORDER OF DISMISSAL

Upon consideration of the parties reaching a mutually agreeable settlement and stipulating to the entry of this order to resolve this case, and with the Court fully advised in the premises, it is hereby ORDERED as follows:

1. This lawsuit is dismissed with prejudice.

2. No costs or fees shall be awarded to any party in this lawsuit. All parties shall bear their own costs and fees.

3. This Court shall retain jurisdiction to enforce the Settlement Agreement and this Order and to resolve disputes concerning interpretation of or compliance therewith.

IT IS SO ORDERED.

By the Court:

s/Arthur J. Tarnow  
HON. ARTHUR J. TARNOW  
United States District Judge

Dated: July 11, 2018

The parties by and through counsel
stipulate to the entry of this order and waive notice of entry:


*/s/Nakisha Chaney (w/consent)*
Nakisha Chaney (P65066)
Attorney for Plaintiffs
105 East Main St
Northville, MI 48167
(248) 679-8711
chaney@spplawyers.com



*/s/Michael F. Murphy*
Michael F. Murphy (P29213)
Attorney for Defendants
MI Department of Attorney General
Civil Litigation, Employment
& Elections Division
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434
murphym2@michigan.gov